**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1459-WJM-BNB

RICHARD LAKE

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on the Parties' Stipulated Motion to Dismiss Plaintiff's Claims filed February 26, 2013 (ECF No. 14). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned case is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 27th day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge